# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2006

Clifford W. Taylor,
Chief Justice

129937

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KATHY HEPFINGER,
            Plaintiff-Appellant,

v

BRIAN WHITE, M.D., and
ALPENA GENERAL HOSPITAL,
            Defendants-Appellees,

and

MICHAEL HARTZLER, M.D.,
            Defendant.

SC: 129937
COA: 253065
Alpena CC: 01-003114-NM

_____/

On order of the Court, the application for leave to appeal the September 13, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals as on reconsideration granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2006 _____

_____
Clerk

l0531